IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY EASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CA 4-1698 |
| | ) | |
| DEL MONTE FOODS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

AMBROSE, Chief District Judge.

## ORDER OF COURT

**AND NOW**, this **24th day of October, 2006**, the parties to the above-captioned action have reached an amicable settlement of their respective claims and stipulate that the action may be dismissed with prejudice.

It is, accordingly, ORDERED that the above-captioned action is DISMISSED *with prejudice* pursuant to Fed.R. Civ.P.41(a)(2). Entry of the foregoing Order is consented to this **24th day of October, 2006.**

BY THE COURT:

_____
Donetta W. Ambrose,
Chief U. S. District Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant

_____
Attorney for Plaintiff

_____
Attorney for Defendant

1